IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:20-cv-02179-RBJ

ARTHUR WALKER,

    Plaintiff,

v.

KNAPIC and
TRESCH,

    Defendants.

ORDER on PARTIAL MOTION TO DISMISS (2)

    This order addresses a second motion for partial dismissal. Briefly, Plaintiff is a pro se inmate now located in the Sterling facility in the Colorado Department of Corrections. His claims remaining after a previous ruling on a motion to dismiss are for injunctive relief in defendants' official capacities and monetary damages in their individual capacities. Defendants now seek dismissal of the official capacity claims. The Court referred the motion to Magistrate Judge Michael E. Hegarty for a recommendation. Judge Hegarty recommends that the motion be granted. ECF No. 90. Plaintiff has not filed an objection to the recommendation.

    "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de*

*novo* or any other standard, when neither party objects to those findings.")).  The Court has reviewed the relevant pleadings concerning the Recommendation.  Based on this review, the Court concludes that the magistrate judge's analyses and recommendations are correct, and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court as to defendants' partial motion to dismiss.

## ORDER

1. The magistrate judge's recommendation, ECF No. 90, is ACCEPTED AND ADOPTED.

2. Defendants' partial motion to dismiss, ECF No. 80, is GRANTED.

DATED this 22nd day of September, 2021.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge